IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Harry Karundeng, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.  WMN 13-1532 |
| **Y&K Company, LLC**<br>(t/a "Nano Asian Dining") | * | |
| | * | |
| **Defendant** | | |
| _____/ | | |

## PLAINTIFF'S LINE
### (EXTENSION OF TIME FOR DEFENDANTS TO RESPOND)

Plaintiff, through undersigned counsel, requests that the Clerk of the Court grant the Defendant until August 17, 2013 to answer or otherwise respond to this lawsuit.

Undersigned counsel has been in touch with Defendant's attorneys, and given intervening vacations and discussions between counsel, the undersigned has granted Defendants until August 17, 2013 to answer or otherwise respond.

Plaintiff asks the Clerk not to enter any default during this period.

Respectfully submitted,

/s/
Howard B. Hoffman, Esq.
Attorney at Law
Federal Bar No. 25965
600 Jefferson Plaza, Suite 304
Rockville, Maryland 20852
(301) 251-3752 / (301) 251-3753 (fax)

*Attorney for Plaintiff, Harry Karundeng, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2013, a copy of the foregoing Plaintiffs' Line (Extension of Time), along with all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

*/s/ Howard B. Hoffman*
Howard B. Hoffman, Esq.