**IN THE U.S. DISTRICT COURT OF MARYLAND**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Harry Karundeng, et al.** ) | |
| ) | |
| **Plaintiffs** ) | Civil Action No.: 1:13-cv-01532 WMN |
| ) | |
| **v.** ) | |
| ) | |
| **Y & K Company, LLC** ) | |
| **t/a Nano Asian Dining** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

## DEFENDANT'S LINE
## (EXTENSION OF TIME FOR DEFENDANTS TO RESPOND)

Defendant, by and through its attorneys, Brian D. Lyman and HILLMAN, BROWN & DARROW, P.A., requests that the Clerk of the Court grant it until September 16, 2013 to answer or otherwise respond to Plaintiff's lawsuit.

Undersigned counsel has been in touch with Plaintiffs' attorney, given their upcoming personal commitments and discussions between counsel relating to potential settlement, Plaintiffs' attorney has granted Defendant until September 16, 2013 to answer or otherwise respond.

Defendants ask the Clerk not to enter any default during this period and have been given the Plaintiffs' assent to this request.

Respectfully submitted,

/s/ Brian D. Lyman
Brian D. Lyman
Federal Bar No. 27360
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
410-263-3131/(fax) 410-269-7912
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify on the 16th day of August, 2013 that a copy of the foregoing Defendants' Line (Extension of Time for Defendants to Respond) was filed by the electronic case filing system (ECF) maintained by the United States District Court for the District of Maryland and is available for viewing and downloading from the ECF System. Upon information and belief, counsel for the Plaintiff, Howard B. Hoffman, was notified via electronic means of this Line's filing.

/s/ Brian D. Lyman
Brian D. Lyman