## IN THE U.S. DISTRICT COURT OF MARYLAND
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Harry Karundeng, et al.** ) | |
| ) | |
| **Plaintiffs** ) | **Civil Action No.: 1:13-cv-01532 WMN** |
| ) | |
| **v.** ) | |
| ) | |
| **Y & K Company, LLC** ) | |
| **t/a Nano Asian Dining** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[x]  I certify, as counsel in this case that      Y& K Compnay, LLC t/a Nano Asian Dining
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.)

| | |
|---|---|
| 9/17/13 | /s/ *Brian D. Lyman* |
| *Date* | *Signature* |
| | |
| | BRIAN D. LYMAN            27360 |
| | *Printed Name*            *Bar Number* |
| | |
| | 221 Duke of Gloucester Street |
| | *Address* |
| | |
| | Annapolis, Maryland, 21401 |
| | *City/State/Zip* |
| | |
| | 410-263-3131       410-269-7912 |
| | *Phone No.*            *Fax No.* |